STATE v. MEBANE

No. 309P92

Case below: 106 N.C.App. 516

Motion by Attorney General to dismiss appeal by defendants for lack of substantial constitutional question allowed 18 November 1992. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.

STATE v. MOORE

No. 283P92

Case below: 107 N.C.App. 388

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 18 November 1992.

STATE v. PAKULSKI

No. 275P92

Case below: 106 N.C.App. 444

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.

STATE v. QUICK

No. 299P92

Case below: 106 N.C.App. 548

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.